Harold Auten, Respondent v. R. J. Kerridge, Appellant, et al., Defendants. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 278 App. Div. 920.]

In the Matter of a Plan for Readjustment of the Rights of the Holders of Investments in a Mortgage Covering 136 to 138 West 55th Street, Borough of Manhattan, Guaranteed by Lawyers Title and Guaranty Company. (Mortgage No. 430,326.) In the Matter of the Accounting of Samuel J. Krinn, as Trustee, Respondent. 138 West 55th Street Corporation, Appellant.— Present — Glennon, J. P., Cohn, Callahan and Shientag, JJ. [See 278 App. Div. 901.]

Angelo De Luca v. Atlantic Refining Co.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See 278 App. Div. 925.]

Robert W. Thompson, Doing Business as Robert W. Thompson Company, v. Trinity Operating Company, Inc.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 278 App. Div. 757.]

In the Matter of Sol H. Glaubman, an Attorney.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 278 App Div. 346.]

Clara Hammer v. George Hammer.— Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.; Dore and Callahan, JJ., dissent in part and vote to deny leave to appeal in the following memorandum: The order of this court granting a temporary injunction to maintain the *status quo* before trial was not a final but an intermediate order, and was not based solely on an issue of law but in the discretion of this court on facts stated in the majority decision incorporated into the order of reversal which was not on the law alone but upon the facts and the law and therefore it is improper to certify the question which the majority of the court has certified (Civ. Prac. Act, § 589, subd. 3, pars. [a], [b]; *Braunworth* v. *Braunworth*, 285 N. Y. 151; *Langan* v. *First Trust & Deposit Co.*, 296 N. Y. 60). Settle order on notice. [See 278 App. Div. 396.]